1
2
CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
3
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
4
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
5
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
6
Attorneys for Plaintiff

7
JAN BUDDINGH, JR (SBN: 113740)
jbuddingh@gordonrees.com
8
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
9
San Diego, CA 92101
Telephone: (619) 696-6700
10
Facsimile: (619) 696-7124
Attorney for Defendant
11
Petite Swan, LP

12

13                    UNITED STATES DISTRICT COURT

14              NORTHERN  DISTRICT OF CALIFORNIA

15   SAMUEL LOVE,                          Case: 3:20-cv-07635-EMC

16        Plaintiff,
                                           **JOINT STIPULATION FOR**
17     v.                                  **DISMISSAL PURSUANT TO**
                                           **F.R.CIV.P. 41 (a)(1)(A)(ii)**
18   PETITE  SWAN,  LP,  a  Delaware
     Limited Partnership; and Does 1-10
19
          Defendant,
20

21

22

23

24

25

26

27

28

                                    1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 15, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: August 15, 2021          GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Jan Buddingh, Jr_____
    Jan Buddingh, Jr
    Attorneys for Defendant
    Petite Swan, LP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Edward M. Chen

2